

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

**NO. 2-10-054-CV**

JEANNA NICOLE ARNOLD            APPELLANT AND APPELLEE

V.

MATTHEW PRICE            APPELLEE AND APPELLANT

----------

## FROM THE 324TH DISTRICT COURT OF TARRANT COUNTY

----------

# MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellee's Motion To Dismiss Cross Appeal," filed by Matthew Price. It is the court's opinion that the motion should be granted; therefore, we dismiss the cross-appeal of Matthew Price. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the cross-appeal shall be paid by the appellee, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

DELIVERED: April 15, 2010

---

[1] *See* Tex. R. App. P. 47.4.